VON SPIEGEL, Respondent, v. SWANIC, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by Chester L. Von Spiegel against James F. Swanic. No opinion. Judgment and order affirmed, with costs.

WACKMAN, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Roswell O. Wackman against Mary H. Miller, as administratrix, etc. No opinion. Judgment affirmed, with costs. There being no exceptions to the referee's report, this is not a proper case for review.

WAIT, Respondent, v. BUTLER, Appellant. (City Court of New York, General Term. May 1, 1900.) Action by Mary E. Wait against Jacob W. Butler. From an order denying defendant leave to amend his answer, he appeals. Reversed. Samuel W. Weiss, for appellant. Cromwell G. Macy, for respondent.

CONLAN, J. This is an appeal from an order at special term denying defendant's motion for leave to amend his answer. We think the motion should have been granted. The order appealed from must be reversed, and defendant allowed to serve his proposed answer within 5 days from the service of the order herein, on payment of costs before and after notice of trial, together with $10 costs of the motion. No costs of this appeal. Issue to remain and cause to be tried on short-cause calendar when reached.

WALTER et al., Appellants, v. FARGO, Respondent. (Supreme Court, Appellate Term. May 1, 1900.) Action by Herbert E. Walter and another against James C. Fargo, as president of the Fargo Express Company. From a judgment in favor of defendant, plaintiffs appeal. Affirmed. Samuel Fleischmann, for appellants. Donald B. Toucey, for respondent.

PER CURIAM. As it appears that the company agreed to carry the case to the destination if on its line, and otherwise to deliver to another carrier on the route to the destination, and that it was not to be liable for loss or damage not occurring on its own road or its portion of the through route, and as the evidence of the witness Sherwood as to the extent of defendant's line was competent, the judgment must be affirmed, with costs. See Reed v. Express Co., 48 N. Y. 462.

WALTHAM MFG. CO., Respondent, v. QUEE, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Action by the Waltham Manufacturing Company against Ida L. Quee. No opinion. Judgment of the municipal court reversed on argument, and new trial ordered; costs to abide the event.

WARN, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Elias Warn against the New York Central & Hudson River Railroad

Company. No opinion. Motion for leave to appeal to the court of appeals upon the questions proposed by appellant's counsel granted: the form of the order to be settled by the presiding justice upon two days' notice. All concur: McLENNAN, J., not voting. See 63 N. Y. Supp. 1118.

WEISS, Respondent, v. BROOKLYN, Q. C. & S. R. Co., Appellant. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Henry P. Weiss against the Brooklyn, Queens County & Suburban Railroad Company. J. L. Wells, for appellant. E. W. Smith, for respondent. No opinion. Judgment and order affirmed, with costs.

WEITHAS, Respondent, v. SLUTSKY et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Action by Chares Weithas against John Slutsky and another. No opinion. Judgment of the municipal court reversed on argument, without costs, and new trial ordered.

WELGE, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Martin Welge, an infant, by Charles Welge, his guardian ad litem, against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

WERNER et al. v. FRANKLIN NAT. BANK. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Gerard B. Werner and others against the Franklin National Bank. No opinion. Motion denied, with $10 costs. See 63 N. Y. Supp. 1118.

In re WHITE. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Appeal No. 2. In the matter of the compulsory judicial settlement of the account of Josiah J. White, as former administrator of the goods, chattels, and credits which were of Eliza T. White, deceased. No opinion. The motion to dismiss this appeal will be granted, with costs, unless the appellant serves the appeal papers on or before May 3, 1900, and argues the case on Monday, May 7, 1900, for which day the argument is hereby set down.

In re WHITE. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Appeal No. 1. In the matter of the compulsory judicial settlement of the account of Josiah J. White, as former administrator of the goods, chattels, and credits which were of Eliza T. White, deceased. No opinion. The decision of the motion to dismiss this appeal will be deferred until appeal No. 2 (64 N. Y. Supp. 1151) shall have been disposed of.

In re WHITE. (Supreme Court, Appellate Division, Second Department. May 9, 1900.) Appeal No. 1. In the matter of the compulsory

judicial settlement of the account of Josiah J White, as former administrator of the goods, chattels, and credits which were of Eliza T White (William B. Davenport, as administrator, etc., and others, respondents). No opinion. The motion to dismiss this appeal will be granted unless the appellant serves the appeal papers within 10 days, and brings the appeal to argument at the beginning of the next term of this court (May 28, 1900).

In re WHITE. (Supreme Court, Appellate Division, Second Department. May 9, 1900.) Appeal No. 2. In the matter of the compulsory judicial settlement of the account of Josiah J. White, as former administrator of the goods, chattels, and credits which were of Eliza T. White (William B. Davenport, as administrator, etc., and others, respondents). No opinion. Order affirmed, with $10 costs and disbursements.

WHITEHALL LUMBER CO., Limited, Appellant, v. PULFORD et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 15, 1900.) Action by the Whitehall Lumber Company, Limited, against Chares A. Pulford and another, impleaded with others. No opinion. Judgment affirmed, with costs.

WITTLEDER, Respondent, v. CITIZENS' ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Edward J. Wittleder, an infant, by Edward G. Wittleder, his guardian ad litem, against the Citizens' Electric Illuminating Company of Brooklyn. No opinion. Motion for leave to appeal to the court of appeals denied. Proceedings for the enforcement of the judgment stayed 10 days. See 64 N. Y. Supp. 114.

WOODS, Respondent, v. BELDEN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Thomas Woods against Alvin J. Belden and another. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted. See 62 N. Y. Supp. 1151.

WRIGHT, Appellant, v. WEISEL et al., Respondents. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by William H. Wright against Rebecca Weisel and others. A. Kling, for appellant. C. L. Barber, for respondents. No opinion. Judgment affirmed, with costs.

WRIGHT, Respondent, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 15, 1900.) Action by Hanford B. Wright, as assignee for the benefit of the creditors of Olin H. Wright,

against Nathaniel H. White, Albert V. Huyler, and Millard D. Mason. No opinion. Judgment and order affirmed, with costs.

WULFERS, Respondent, v. WAHMANN, Appellant. (Supreme Court, Appellate Term. May 1, 1900.) Action by Henry A. G. Wulfers against Christian J. Wahmann to recover rent. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Fleugelman & Bach, for appellant. Thomas J. Farrell, for respondent.

PER CURIAM. The effect of the summary proceedings was to determine that on the 1st day of September the defendant Wahmann was a tenant of the landlord, Henry Brunjes, and that the rent for the month of September, amounting to $200, was unpaid. Judgment appealed from is affirmed, with costs.

WYETH, Appellant, v. HETT et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 14, 1900.) Action by Nathaniel J. Wyeth against Edward Hett and the American Lithograph Company. No opinion. Judgment affirmed, with costs.

YELLOW PINE CO., Respondent, v. LEHIGH VAL. CREOSOTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 17, 1900.) Action by the Yellow Pine Company against the Lehigh Valley Creosoting Company. No opinion. Order affirmed on argument, with $10 costs and disbursements. See 57 N. Y. Supp. 1151.

ABEL, Respondent, v. PHŒNIX INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Eveline E. Abel against the Phœnix Insurance Company. No opinion. Judgment reversed, referee discharged, and a new trial granted; costs to abide the event. All concur, except MERWIN, J., who dissents. See opinion in the case of Abel v. Insurance Co., 47 App. Div. 81, 62 N. Y. S. Supp. 218.

DAY, Respondent, v. CARMICHAEL, Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by George Day against Thomas Carmichael. J. Dunne, for appellant. E. L. Mooney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 62 N. Y. Supp. 142.

PEOPLE v. KELLOGG. (Supreme Court, Appellate Division, First Department. November Term, 1899.) Proceedings by the people of the state of New York against James B. Kellogg. No opinion. Motion granted.

PEOPLE v. NEUFELD. (Supreme Court, Appellate Division, First Department. November Term, 1899.) Proceedings by the people of the state of New York against William Neufeld. No opinion. Motion granted.

END OF CASES IN VOL. 64.